In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00151-CR
_____

MARTIN JOSEPH LEONARD, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
Jefferson County, Texas
Trial Cause No. 16-24483

MEMORANDUM OPINION

On April 1, 2016, the trial court sentenced Leonard on a conviction for evading arrest or detention. Leonard filed an amended notice of appeal on May 31, 2016. The trial court entered a certification of the defendant's right to appeal, in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals.

On June 6, 2016, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No response has been filed. Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on July 12, 2016
Opinion Delivered July 13, 2016
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.

2